UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00125(1)-ADA |
| | § | |
| (1) HECTOR JAVIER VEGA JR. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  January 11, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) HECTOR JAVIER VEGA JR., which alleged that Vega violated a condition of his supervised release and recommended that Vega 's supervised release be revoked (Clerk's  Document No. 36).  A warrant issued and Vega was arrested.  On January 27, 2023, Vega appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Vega appeared before the magistrate judge on March 30, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 30, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Vega, the magistrate judge recommends that this court revoke Vega supervised release and that Vega be sentenced to imprisonment for Eighteen (18) months, with time served credit since time of arrest, and no term supervised release to follow the term of imprisonment (Clerk's Document No. 52).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 30, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 51). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 52) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) HECTOR JAVIER VEGA JR.'s term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) HECTOR JAVIER VEGA JR. be imprisoned for Eighteen (18) months with credit for time served since time of arrest, and no term of supervised release.

Signed this 4th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE